IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ZACHARY KEITH TURNER,

    Petitioner,

v.                                                           4:22cv12–WS/MAF

RICKY D. DIXON, Secretary,
Florida Department of Corrections,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed January 19, 2022. The magistrate judge recommends that this action be transferred to the Middle District of Florida. Plaintiff has filed no objections to the report and recommendation.

    The court having reviewed the matter, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this   18th   day of   February  , 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE